UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-24211-CIV--SEITZ/SIMONTON

ANGELA LARDNER,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Notice of Voluntary Dismissal Without Prejudice [DE-8]. Having considered the Notice, it is hereby

ORDERED that

(1) This action is DISMISSED, with each side to bear its own attorneys' fees and costs.

(2) All pending motions not otherwise rules upon are DENIED AS MOOT.

(3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 10th day of January, 2014.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

Receivables Performance Management, LLC
c/o Registered Agent
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324